UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUHDI AHMED,

                Plaintiff,

          -v.-

CITY OF NEW YORK, et al.,

                Defendants.

25 Civ. 7582 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      Plaintiff Zuhdi Ahmed brought this action pursuant to 42 U.S.C. §1983 and for violations of New York State law on September 11, 2025.  *See* ECF No. 1.  On June 2, 2026, Defendants the City of New York, Eric Adams, the Fire Department of the City of New York, and Craig Gunderson moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* ECF No. 37.  Defendant Jonathan Lederer previously had moved to dismiss, on January 23, 2026.  ECF No. 19-21.  On June 23, 2026, Plaintiff filed an amended complaint.  *See* ECF No. 41.  Accordingly, Defendants' motions to dismiss the complaint, ECF. Nos. 19, 37, are hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF Nos. 19, 20, 21, and 37.

      SO ORDERED.

Dated:  June 25, 2026
        New York, New York

                              JENNIFER H. REARDEN
                              United States District Judge