

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**SEAMUS O'CONNOR**
Assistant Corporation Counsel
seoconno@law.nyc.gov
Phone: (212) 356-2337

June 26, 2026

**By ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application GRANTED.  The Court adopts the briefing schedule proposed herein.

The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 29, 2026

Re:    Zuhdi Ahmed v. City of New York, et al.
        25-CV-07582 (JHR)

Your Honor:

        I represent defendants City of New York (the "City), Fire Department of New York, Mayor Eric Adams, Detective Sergeant Fromkin, and Craig Gundersen ("City Defendant") in the above-referenced matter. In that capacity, I write jointly with the parties to respectfully request the Court endorse the proposed briefing schedule for City Defendants' and Defendant Lederer's anticipated motion to dismiss.

        In the Complaint, plaintiff claims, *inter alia,* that he was subjected to false arrest/imprisonment and First Amendment retaliation on or about April 20, 2024 and June 13, 2024. In addition to the City of New York, plaintiff names Mayor Eric Adams, New York City Police Department ("NYPD") Detective Adrian Johnson, Sergeant Detective Matthew I. Fromkin, New York City Fire Department ("FDNY"), former FDNY Fire Marshall Craig Gunderson, and Jonathan Lederer[1] as defendants. On January 23, 2026, Defendant Lederer filed a motion to dismiss. (ECF No. 19-21) On June 2, 2026, City Defendants filed a motion to dismiss. (ECF No. 37) On June 23, 2026 Plaintiff filed an Amended Complaint. (ECF No. 41) On June 25, 2026 the Court denied both Defendants' motion as moot. (ECF No. 43)

        Due to the Amended Complaint's additional allegations, the defendants require more time to review the Amended Complaint and respond with a new motion. Plaintiff, City Defendants, and Co-Defendant Lederer have met and agreed on the following schedule due to the availability of the parties.

- Defendants' Motion served by:        August 7, 2026;

---

[1] Jonathan Lederer is a private citizen and is currently represented by private counsel in this action.

- Plaintiff's Opposition served by:        September 7, 2026;

- Defendants' Reply served by:        September 21, 2026;

The parties thank the Court for its consideration in the matter therein.

Respectfully submitted,

/s / *Seamus O'Connor*

Seamus O'Connor
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Karl J. Ashanti (By ECF)
*Attorney for Plaintiff*

James Knapp
*Attorney for Lederer*